No. 97–1135. KNOLL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1136. FARRISH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1143. IN RE RICHARDSON. Ct. App. D. C. Certiorari denied.

No. 97–1146. PRIBBLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–1154. FRITZ v. BOND ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–1156. MOLINARY, TRUSTEE OF THE SUSAN PRUITT CLOUD LAND TRUST v. POWELL MOUNTAIN COAL CO., INC., DBA WAX COAL CO. C. A. 4th Cir. Certiorari denied.

No. 97–1162. SHARP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–1166. MCCASKILL v. WEST, SECRETARY OF THE ARMY. C. A. 10th Cir. Certiorari denied.

No. 97–1167. REINER ET AL. v. SIKORA ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1169. AZIZ v. SLATER, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.

No. 97–1170. TT TELEFILM, GMBH & CO. v. THE MOVIE GROUP, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–1174. BIGSBY v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1176. FLUOR CORP. AND AFFILIATES v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–1185. STROTHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.